**Dismissed and Memorandum Opinion filed October 16, 2012.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00501-CV

**TONY CHILDERS, Appellant**

**V.**

**NATIONSTAR MORTGAGE, L.L.C. F/K/A CENTEX HOME EQUITY COMPANY, L.L.C., Appellee**

**On Appeal from the 155th District Court
Waller County, Texas
Trial Court Cause No. 06-05-18296**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 6, 2012. On October 5, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.